No. 128. Helvering, Commissioner of Internal Revenue, *v.* Therrell. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the

Fifth Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Harry M. Voorhis* for respondent.

No. 129. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* TUNNICLIFFE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Harry M. Voorhis* for respondent.